### HAMES *v.* DOBBS.

BECK, J. Whether the defendant was entitled to a verdict in his favor depended upon the questions whether or not the plaintiff had committed actual fraud in bringing about the trade which resulted in a horse swap between the parties, and whether or not there had been delivery by the defendant of the horse which he had agreed to exchange for the plaintiff's mule and a certain sum of money. As to each of these questions there was a material conflict between the testimony of the plaintiff and that introduced by the defendant. And inasmuch as the judge is only authorized to direct a verdict where there is no conflict in the evidence upon the material issues, it was error for the trial judge to direct the finding of the jury in this case.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
JANUARY 14, 1914.

Trover. Before Judge Morris. Cobb superior court. November 20, 1912.

*T. E. Latimer, J. Z. Foster,* and *Griffin & Johnson,* for plaintiff. *Mozley & Moss,* for defendant.